

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2014

No. 04-14-00401-CV

William K. **ANDERSON**, Jr.,
Appellant

v.

Marjorie Dodd **ANDERSON**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 11-446
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

On June 3, 2014, appellant filed his notice of appeal. On June 25, 2014, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court